511 P.2d 555

**N. C. RIBBLE COMPANY, a New Mexico Corporation, Petitioner,**

v.

**Odis ECHOLS, Jr. and Odis Echols, Sr., Respondents.**

No. 9719.

Supreme Court of New Mexico.

May 18, 1973.

ORIGINAL PROCEEDING
ON CERTIORARI

Ordered that petition for writ of certiorari be and the same is hereby denied.

Further ordered that the record in Court of Appeals Cause No. 948, 85 N.M. 240, 511 P.2d 566 be and the same is hereby returned to the Clerk of the Court of Appeals.

511 P.2d 555

**FURR'S INCORPORATED, Petitioner,**

v.

**Fred HALE and Marie Hale, Respondents.**

No. 9730.

Supreme Court of New Mexico.

May 22, 1973.

ORIGINAL PROCEEDING
ON CERTIORARI

Ordered that petition for writ of certiorari be and the same is hereby denied.

Further ordered that the record in Court of Appeals Cause No. 1039, 85 N.M. 246, 511 P.2d 572 be and the same is hereby returned to the Clerk of the Court of Appeals.

511 P.2d 555

**KAISER STEEL CORPORATION, Employer, Self-Insured, Petitioner,**

v.

**Geil SALAZAR et al., Respondents.**

No. 9737.

Supreme Court of New Mexico.

May 25, 1973.

ORIGINAL PROCEEDING
ON CERTIORARI

Ordered that petition for writ of certiorari be and the same is hereby denied.

Further ordered that the record in Court of Appeals Causes No. 1010, 1011, 1012 and 1013, 85 N.M. 254, 511 P.2d 580 be and the same are hereby returned to the Clerk of the Court of Appeals.